# United States Court of Appeals for the Fifth Circuit

No. 25-60400

CLAUDIA MARILYN SARAVIA MARTINEZ,

*Petitioner*,

*versus*

PAMELA BONDI, *U.S. Attorney General*,

*Respondent*.

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A208 743 320

ORDER:

Petitioner moves this court for leave to proceed in forma pauperis on review of a decision of the Board of Immigration Appeals. When considering a motion to proceed in forma pauperis on a petition for review of an agency proceeding, the court evaluates whether petitioner's motion complies with FED.R.APP.P.24(a)(1). The motion must be accompanied by an affidavit that shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs, must claim an entitlement to redress; and state the issues that the party intends to present on appeal. The petitioner has submitted documents meeting these requirements. Petitioner is unable to pay the fees and costs for this

application. Therefore, the motion to proceed in forma pauperis is GRANTED.

IT IS FURTHER ORDERED that Petitioner's motion to stay further proceedings in this court pending agency's review of Petitioner's protection claim is DENIED.

IT IS FURTHER ORDERED that Petitioner's alternative motion to set a briefing schedule to permit the parties to brief the applicability and merits of equitably tolling the filing deadline is GRANTED.

In December 2016, U.S. Customs and Border Protection issued Petitioner Saravia Martinez a removal order pursuant to 8 U.S.C. 1231(a)(5). Saravia Martinez is now "pursuing protection claims in withholding-only proceedings before the Concord Immigration Court," and she petitions this court for review of her removal order. Saravia Martinez acknowledges that she did not file this petition within 30 days of the removal order—she instead filed it on July 29, 2025. Yet, Saravia Martinez argues that the Supreme Court's decision in *Riley v. Bondi*, 145 S. Ct. 2190 (2025), overturned our precedent requiring the petition for review be filed within 30 days of the conclusion of removability proceedings.

Saravia Martinez will have 30 days to present her briefing on whether equitable tolling of the deadlines applies. The U.S. Government will have ten days to file a response. Saravia Martinez must file a reply within seven days of service of the response.

/s/ Don R. Willett
Don R. Willett
*United States Circuit Judge*